PRINT FORM   SAVE FORM   RESET FORM

# In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**MDL 2327**  **Chief Judge Joseph R. Goodwin**

**Civil Action Number (SDWV):** 2:14-cv-08829

## Notice of Attorney Appearance and Counsel Contact Information Form

Please Print or Type Below

### ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel   ☒ Defense Counsel   ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Jones | Christy | D | |

**Bar Number and State:** 3192   MS

**E-Mail Address:** christy.jones@butlersnow.com

**Party Representing:** Ethicon, Inc., and Johnson & Johnson

**Originating Case Number:** 2:14-cv-08829   **Originating District:** West Virginia Southern

**Originating Short-Case Style:** Susan Lynn Smothers v. Ethicon, Inc., et al

**Direct Dial Number:** 601-985-4523   **Cell Phone Number:** 601-942-1172

**Secretary Name:** Brandy Pitts   **Paralegal Name:** Diane Wigley

### LAW FIRM INFORMATION

**Firm Name:** Butler Snow LLP

**Address:** 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157; P.O. Box 6010, Ridgeland 39158

**City:** Ridgeland   **State:** MS   **Zip:** 39157;39158

**Firm Phone Number:** 601-948-5711   **Firm Fax Number:** 601-985-4500

**Other members of firm involved in this litigation:** William Gage, Kari Sutherland

1/14/2015   s/ Christy D. Jones
Date                Electronic Signature